**Abatement Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-16-00503-CR**
**NO. 14-16-00504-CR**
**NO. 14-16-00505-CR**

_____

**RICARDO  ANTONIO BACA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1438467, 1458501, 1402326**

## ABATEMENT ORDER

Appellant was represented by retained counsel in the trial court. One of his retained attorneys, Josh Schaffer, filed notices of appeal on appellant's behalf but has notified this court that appellant has not retained him to represent him on appeal. The record has been filed. Appellant's brief was due December 27, 2016, but has not been filed.

This court is unaware whether appellant is entitled to appointment of counsel and to proceed without the payment of costs. Accordingly, enter the following order.

We **ORDER** the judge of the 182nd District Court to immediately conduct a hearing at which appellant and counsel for the State shall be present to determine whether appellant desires to prosecute his appeals, and, if so, whether appellant is indigent and, thus entitled to appointed counsel and a free record. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **February 6, 2017**.

The appeals are abated, treated as closed cases, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeals filed by either party, or the court may reinstate the appeals on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM